**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMAR RUBIO-FIGUEROA,<br><br>Defendant. | CASE NO.: 2:26-cr-47 |

**ORDER**

There being no pending pretrial motions before the Court, the Court has cancelled the motions hearing scheduled for October 28, 2026 at 10:00 a.m., as to Omar Rubio-Figueroa. The parties are **ORDERED** to file their Joint Status Report for the case at this time.

**SO ORDERED**, this 14th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
2SOUTHERN DISTRICT OF GEORGIA